IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CODING TECHNOLOGIES, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>OMNI HOTELS CORPORATION and<br>OMNI HOTELS & RESORTS<br><br>    Defendant. | Case No: 2:17-cv-618-JRG-RSP |

## JOINT STIPULATION OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Coding Technologies, LLC and Defendants Omni Hotels Corporation and Omni Hotels & Resorts ("Omni Defendants") jointly move the Court to dismiss all of Plaintiff's claims against Omni Defendants with prejudice with each party to bear its own attorneys' fees and costs. The parties request that the Court enter the proposed order of dismissal submitted herewith.

Dated: February 16, 2018                          Respectfully submitted,

/s/*Jay Johnson*
**Jay Johnson**
State Bar No. 24067322
Brad Kizzia
State Bar No. 11547550
KIZZIA JOHNSON PLLC
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

*Counsel for Plaintiff Coding Technologies, LLC*

/s/*Paul V. Storm*
**Elliot Strader**
TRT Holdings, Inc. - Dallas
4001 Maple Ave
Ste 600
Dallas, TX 75219
214/283-8648
Fax: 214/283-8514
Email: elliot.strader@trtholdings.com

**Paul V. Storm**
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201
214-999-4701
Fax: 214-999-3701

Email: pvstorm@gardere.com

*Counsel for Omni Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 16, 2018.

*/s/ Jay Johnson*
Jay Johnson

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff certifies that he conferred with counsel for Defendant on February 16, 2018 and that Defendant does not oppose this motion.

*/s/ Jay Johnson*
Jay Johnson