## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| CODING TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No: 2:17-CV-00618-JRG-RSP |
| OMNI HOTELS CORPORATION and OMNI HOTELS & RESORTS, | § § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

In light of the parties' Joint Stipulation of Dismissal [Dkt. # 11], the Court **DISMISSES** Plaintiff's claims against Defendants Omni Hotels Corporation and Omni Hotels & Resorts **WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

**SIGNED** this 19th day of February, 2018.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE